William M. Huse, Esq.  (IN #31622-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com
         kanders@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| PEGGY HOYT,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSUNION, LLC; CASH CENTRAL; RISE CREDIT OF CALIFORNIA, LLC; and DOES 1 THROUGH 100 INCLUSIVE;<br>　　　　　Defendants. | CASE NO. 2:18-cv-00841-WBS-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Peggy Hoyt, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00841-WBS-AC**

|   |   |   |
|---|---|---|
| Date: July 30, 2018 | | */s/Elliot Gale (w/ consent)* |

Elliot Gale, Esq.
Sagaria Law, P.C.
3017 Douglas Boulevard, Suite 200
Roseville, CA  95661
Telephone:   408-279-2288
Fax:   408-279-2299
E-Mail:  egale@sagarialaw.com

*Counsel for Plaintiff Peggy Hoyt*

Date: July 30, 2018                */s/William M. Huse*

William M. Huse, Esq.  (IN #31622-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com
              kanders@jacobsenmcelory.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00841-WBS-AC**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Peggy Hoyt against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Peggy Hoyt and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: July 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DISTRIBUTION TO:

| | |
|---|---|
| Elliot Gale, Esq. <br> egale@sagarialaw.com | Matthew Struhar, Esq. <br> matt.struhar@stoel.com |
| Eileen T. Booth, Esq. <br> jhawkins@jacobsenmcelory.com | William M. Huse, Esq. <br> whuse@schuckitlaw.com |
| Scott C. Hall, Esq. <br> sch@ppdb.com | Thomas A. Woods, Esq. <br> Thomas.woods@stoel.com |